IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN BROSNAN,

    Defendant.

    No. CR 10-00068 WHA
    No. MC 15-80182 WHA

**ORDER RE DEFENDANT'S PROPOSED LAWSUIT**

    In accordance with the terms of his supervised release, defendant John Brosnan seeks permission from the undersigned judge to file a new lawsuit (*Brosnan v. National Loan Center, et. al.*). On its face, this complaint does not appear to be frivolous (although follow-on proceedings may possibly show it to be frivolous) and permission to file this lawsuit is **GRANTED**. This grant of permission is without prejudice to, and does not in any way affect any other prefiling review defendant may be subject to. **THE CLERK SHALL RANDOMLY ASSIGN** the case.

**IT IS SO ORDERED.**

Dated: June 26, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE